# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHAUNA BARTLESON-BURTON,

    Plaintiff(s),

v.

MACY'S CORPORATE OFFICE,

    Defendant(s).

Case No. 2:22-cv-02056-CDS-NJK

**ORDER**

Plaintiff is proceeding in this action *pro se* and has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1. Pending before the Court is Plaintiff's complaint, Docket No. 1-1, which must be screened pursuant to § 1915(e).

An employment plaintiff must administratively exhaust her remedies before filing suit. *See, e.g.*, *You v. Longs Drugs Stores Cal., LLC*, 937 F. Supp. 2d 1237, 1248-49 (D. Haw. 2013). The plaintiff must attach to her complaint the right to sue letter issued in relation to those administrative proceedings. *See, e.g.*, *Delaney v. Lynwood Unified School Dist.*, 2008 WL 11338726, at *3 (C.D. Cal. Apr. 7, 2008); Docket No. 1-1 at 5 ("*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint*" (emphasis in original)). In this case, Plaintiff references receiving a right to sue letter, but she did not attach it to her complaint. Docket No. 1-1 at 5.

Accordingly, Plaintiff must file on the docket a copy of the right to sue letter that she received no later than January 12, 2023. **Failure to comply with this order may result in the recommended dismissal of Plaintiff's case**.

IT IS SO ORDERED.

Dated: December 13, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1