UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Chauna Bartleson-Burton,

        Plaintiff

v.

Macys Corporate Office,

        Defendant

Case No. 2:22-cv-002056-CDS-NJK

**Order Dismissing and Closing Case**

    The complaint in this action was filed on January 3, 2023. ECF No. 7. On April 10, 2023, the court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) explaining that unless proof of service as to Macys Corporate Office was filed by May 10, 2023, the court would enter an order of dismissal. ECF No. 10. The deadline has now passed, and no proof of service has been filed.

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice. The Clerk of Court is kindly directed to enter judgment accordingly and to close this case.

Dated: April 16, 2024

_____
Cristina D. Silva
United States District Judge